Thomas D. Powers
105 Decker Ct
Suite 1150 11th Floor
Irving, TX  75062
(214) 855-9200 / (214) 965-0758  (Fax)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In Re: | Case # 18-32046-BJH-13 |
|     RYAN P RENARD | |
|     Debtor | |

## Notice to Deposit Unclaimed Funds

Transmitted herewith is a check to deposit into the court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of ninety days has elapsed since the issuance of these funds and the disbursement check(s) has/have not been negotiated.

Disposition of Case:    **Dismissed**

Explanation:    **Chapter 13 case was dismissed post-confirmation.  Final disbursement was made per the confirmed plan with the balance being paid to the debtor.**

| Name of Payee on unclaimed check: | Amount: |
|---|---|
| Clerk of the Bankruptcy Court FBO<br>RYAN P RENARD<br>2409 BOARDWALK DR<br>MESQUITE, TX  75181 | $3,628.90 |

Dated:    August 15, 2019

/s/  Thomas D. Powers
Office of the Standing Chapter 13 Trustee

### Certificate of Service

I hereby certify that a true copy of the foregoing Notice to Deposit Unclaimed Funds was mailed to the following parties on August 15, 2019.

| | |
|---|---|
| US Trustee: | United States Trustee, 1100 Commerce Street, Room 9 C60, Dallas TX  75242 |
| Debtor's Attorney: | Toronjo And Prosser Law, 8150 N Central Expressway, Suite 975, Dallas, Tx  75206 |

/s/ Thomas D. Powers
Office of the Standing Chapter 13 Trustee